# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES,<br>AIS # 156610,<br>    Plaintiff,<br><br>v.<br><br>SYLVESTER FOLKS, BARRY DUNNING,<br>and ALBERT MILLER,<br>    Defendants. | CIVIL ACTION NO. 13-00189-KD-M |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 24) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 5, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Motion for Summary Judgment (Docs. 20, 21, 22) filed by Defendants Sylvester Folks, Barry Dunning and Albert Miller is **GRANTED** and that this action is **DISMISSED with prejudice**.

Judgment in accordance with this Order and Federal Rule of Civil Procedure 58 shall issue by separate document.

**DONE** and **ORDERED** this the **11th** day of **March 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**